UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. _____

BAYSHORE TOWERS OF FORT
LAUDERDALE, INC.,

       Plaintiff,

v.

COLUMBIA CASUALTY COMPANY, a
CNA INSURANCE COMPANY,

       Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, BAYSHORE TOWERS OF FORT Lauderdale, Inc. (hereinafter "BAYSHORE TOWERS") sues Defendant, COLUMBIA CASUALTY COMPANY, a CNA INSURANCE COMPANY (hereinafter "CNA"), and alleges as follows:

1.     The Plaintiff BAYSHORE TOWERS is a Florida not-for-profit condominium association, organized under the laws of Chapter 718 of the Florida Statutes, with its principal place of business at 511 Bayshore Drive, Fort Lauderdale, Florida 33339.

2.     The Defendant CNA is a corporation under the laws of the State of Illinois with its principal place of business at PO Box 8317, Chicago, Illinois 60680-8317.

3.     The amount in controversy without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

## FACTS

4.     The Plaintiff is a Defendant in a Florida state court action instituted by a condominium owner, Richard Kline.  A copy of the State Complaint is attached hereto as Exhibit "A."

5.     The two-count Complaint was filed by Richard Kline against Bayshore Towers alleges claims for water damage and property damage due.  Specifically, the Plaintiff alleges that in December 2008, Marcell Dostie, an employee of Bayshore Towers, in the course and scope of his employment, during working hours and with the consent and approval of Bayshore Towers, entered the unit and opened the main water valve located within a utility closet outside Richard Kline's unit.  Kline alleges that Dostie left the faucet on for at least 5 days and flooded the entire condominium.

6.     The Complaint alleges property damage.  Upon information and belief the total damage exceeds $125,000.

7.     There is no claim in the Complaint for mold damage and there is no claim for damage to the common elements.

8.     Mr. Kline has admitted there is no claim for mold damage and no claim for damage to the common elements of the condominium.

9.     The defense and indemnification of the undersigned lawsuit was tendered to CNA on or about January 19, 2010.

10.     CNA issued a policy No. CWP 311349300, effective April 21, 2008 through April 29, 2009, to the Plaintiff, BAYSHORE TOWERS.  A copy of the policy is attached hereto as Exhibit "B".

11.     By letter dated January 19, 2010, a copy of which is attached as Exhibit "C," CNA disclaimed cover on the basis of the mold exclusion and the "common element" exclusion of the policy.

## COUNT I

## BREACH OF CONTRACT

12.     Plaintiff re-alleges the allegations contained in paragraphs 1 through 11 above, as if fully set forth herein.

13.     The CNA policy is a commercial general liability policy that specifically provides coverage for negligence or acts of BAYSHORE'S employees causing property damage or personal injury.

14.     The Complaint filed by Kline alleges causes of action for damages that fall squarely within the coverage provision of the policy.

15.     The Insurer has the burden under Florida law of proving that claims are covered under insurance.

16.     However, the burden of proving an exception of coverage to coverage falls on the insurer.

17.     The issue to be decided in this case are issues of law and contract interpretation.

18.     Insurance contracts must be read and written with skill and experience of ordinary people, given their everyday meaning as understood by "the man on the street."

19.     CNA breached the insurance contract by failure to provide coverage for this loss.

## COUNT II

## DECLARATORY JUDGMENT

20.    Plaintiff re-alleges the allegations contained in paragraphs 1 through 19 above, as if fully set forth herein.

21.    Fla. Stat. §86.021 provides any person claiming to be interested or who may be in doubt by his or her rights under a… contract may… have determined any question of construction or validity arising from such contract or any part thereof, and obtain a declaration of rights, status, or other equitable relief or relations thereunder.

22.    Fla. Stat. §86.31 provides that an insurance contract may be construed either before or after there has been a breach of it.

## COUNT III

## BAD FAITH CLAIMS HANDLING

23.    Plaintiff re-alleges the allegations contained in paragraphs 1 through 22 above, as if fully set forth herein.

24.    Pursuant to Florida Statute §627.426(2) liability insurer shall not be permitted to deny coverage based on a particular coverage defense unless:

(a) Within 30 days after the liability insurer knew or should have known of the coverage defense, written notice of reservation of rights to assert a coverage defense is given to the named insured by registered or certified mail sent to the last known address of the insured or by hand delivery; and

(b) Within 60 days of compliance with paragraph (a) or receipt of a summons and complaint naming the insured as a defendant, whichever is later, but in no case later than 30 days before trial, the insurer:

1. Gives written notice to the named insured by registered or certified mail of its refusal to defend the insured;

2. Obtains from the insured a nonwaiver agreement following full disclosure of the specific facts and policy provisions upon which the

coverage defense is asserted and the duties, obligations, and liabilities of the insurer during and following the pendency of the subject litigation; or

3. Retains independent counsel which is mutually agreeable to the parties. Reasonable fees for the counsel may be agreed upon between the parties or, if no agreement is reached, shall be set by the court.

25.    CNA did not follow the procedures in Fla. Stat. §627.426 and is therefore liable for violation of the statute in good faith.

## JURY TRIAL DEMAND

The Defendant demands trial by jury of all issues so triable.

WHEREFORE, the Plaintiff respectfully requests an Order from this Court declaring that there is coverage under the CNA policy, that CNA breached its insurance contract, and pursuant to Fla. Stat. §627.428 pay its reasonable attorney's fees and indemnify BAYSHORE from any damages flowing from the breach of their insurance contract.

DATED. this ____ day of ~~February~~ March, 2010.

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
Bank of America Centre
625 N. Flagler Drive, 7th Floor
West Palm Beach, Florida 33401
Telephone:  561-655-5444
Facsimile:  561-832-8987

By: _____
Robert I. Rubin
Florida Bar No. 007293

ACTIVE: 9999/99:2880174_1_RRUBIN

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

RICHARD KLINE, JR.,

      Plaintiff,

v.

BAYSHORE TOWERS OF FT. LAUDERDALE, INC.
And MARCEL DOSTIE,

      Defendants.

Case No. **09 69970**
Division

**02**

A TRUE COPY

DEC 3 1 2009

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

**COMPLAINT**

Plaintiff, RICHARD KLINE, JR., by and through his undersigned counsel, sues Defendants, BAYSHORE TOWERS OF FT. LAUDERDALE, INC. and MARCEL DOSTIE, and states:

1.     This is an action for damages in excess of the jurisdictional limit, exclusive of interest, costs and attorneys' fees. The cause of action accrued in Broward County and concerns real property located in Broward County. Accordingly, venue is appropriate in Broward County, Florida.

2.     Plaintiff, RICHARD KLINE (hereinafter "KLINE") is the owner of a condominium parcel located at 511 Bayshore Towers, Unit 801, Ft. Lauderdale, Florida 33304 (hereinafter the "Unit").

3.     Defendant, BAYSHORE TOWERS OF FT. LAUDERDALE, INC. (hereinafter, "BAYSHORE TOWERS") is a not-for-profit condominium corporation, pursuant to the Declaration thereof, recorded in Official Records Book 4791, Page 287 of the public records of Broward County, Florida.



EXHIBIT
"A"

4.      Defendant, MARCEL DOSTIE (hereinafter "DOSTIE"), is a resident of Broward County, Florida. At all times material hereto, DOSTIE was employed by BAYSHORE TOWERS.

5.      The subject property is a condominium parcel located within BAYSHORE TOWERS.

6.      KLINE is a unit owner as defined in Section III, Paragraph K of the Declaration of BAYSHORE TOWERS. KLINE has owned the subject property since August 1987.

7.      KLINE does not live in the subject property year-round. KLINE lives at the property seasonally. At the time when the subject incident occurred, KLINE was not residing at the subject property and the property was unoccupied.

8.      In anticipation for his extended absence from the property, KLINE shut off the main water valve, to minimize the likelihood of an accidental flood.

9.      On or about December 2008, DOSTIE, an employee of BAYSHORE TOWERS, while acting within the normal course and scope of his employment duties, during working hours and while acting with consent and approval of BAYSHORE TOWERS to enter the Unit, opened the main water valve located within a utility closet outside KLINE's condominium unit.

10.     DOSTIE then entered KLINE's property and turned on a faucet. DOSTIE left the property without shutting off the faucet and without shutting off the main water valve.

11.     As a result of DOSTIE's failure to shut off the faucet and main water valve, the water continued to run for at least five (5) days, flooding the entire condominium.

12.     The running faucet and flooding was discovered by a pest control contractor, let into the property by another employee of BAYSHORE TOWERS. Thereafter, BAYSHORE TOWERS contacted KLINE to advise KLINE of the incident and apologized for its occurrence.

2

13.   The incide caused widespread water damage to KLINE's flooring, drywall, furniture, appliances and personal property.   The damage took months to repair, due to the extensive nature of the damage.

14.   As a result of the water intrusion into the drywall, various damage occurred, including but not limited to irreparable warping of the wood, staining to the carpet, furniture and walls, ruining of the drywall, creeping mold and unlivable conditions.   Nearly all of the drywall had to be removed and replaced.

15.   The refrigerator, oven, washer, dryer and all kitchen cabinetry were destroyed in the flood and had to be replaced.

16.   KLINE was not able to live within the subject property while mold remediation and drywall repair work was commencing at the property.   As a result thereof, KLINE was forced to rent another property while overseeing the construction and repair work.

17.   KLINE has sustained significant damages for the aforementioned repair and remediation work, loss of use of the property, loss in value of the property, costs associated with having to live outside the property while repairs were ongoing, attorney's fees and costs.

18.   KLINE has made demand upon BAYSHORE TOWERS for reimbursement of the repair and replacement costs associated with Defendants' negligence.

19.   Notwithstanding notice and demand, Defendants have failed to reimburse KLINE for the damages described herein, necessitating the filing of the instant action.

20.   All conditions precedent to the filing of this petition have been met or waived.

## COUNT I – NEGLIGENCE
### (Against BAYSHORE TOWERS)

21.   Plaintiff incorporates the allegations contained within Paragraphs 1 through 20 as if fully set forth herein.

3

22.   BAYSHOI   TOWERS owed a duty of reasonable care to KLINE not to take any actions that would result in damage to KLINE's condominium unit.

23.   BAYSHORE TOWERS, by and through its employee, DOSTIE, breached its duty of care owed to KLINE in the following manner:

a.   opening the main water valve contained within the utility closet at the subject property, without prior knowledge or authorization to KLINE.

b.   turning on a water faucet and leaving the faucet running for five (5) days or more, thereby flooding the condominium unit.

c.   failing to shut off the main water valve, and thereby failing to return the valve to the original "off" position it had been previously set upon.

24.   As a direct and proximate result of BAYSHORE TOWERS and DOSTIE's breach of duty of care owed to KLINE, KLINE has sustained damages.

25.   KLINE's damages include direct economic damages that would not have been sustained but for BAYSHORE TOWERS and DOSTIE's negligence, including: costs of repair to the unit, replacement costs for personal possessions, relocation costs while the repairs were ongoing, attorneys' fees and litigation costs and other damages as may be determined during the course of continued investigation.

26.   BAYSHORE TOWERS is responsible for the conduct of DOSTIE because he was within the course and scope of his duties at all material times, was acting during his regular business hours and with the authority of BAYHORE TOWERS, and was otherwise permitted affirmatively or passively by BAYSHORE TOWERS to enter the Unit.

WHEREFORE, Plaintiff, RICHARD KLINE, JR. requests judgment against Defendant, BAYSHORE TOWERS OF FT. LAUDERDALE, INC., plus an award of attorneys' fees (as may be applicable by rule, statute or the condominium documents which would come to light during litigation), costs, and any such further relief to which he may be entitled in law or equity.

4

## COUNT II - NEGLIGENCE
### (Against MARCEL DOSTIE)

27. Plaintiff incorporates the allegations contained within Paragraphs 1 through 20 as if fully set forth herein.

28. Plaintiff asserts this claim against MARCEL DOSTIE, individually, as an alternative theory of relief.

29. DOSTIE was acting within the course and scope of his employment with BAYSHORE TOWERS when the acts of negligence described in Paragraphs 1 through 20 herein were undertaken.

30. However, to the extent that BAYSHORE TOWERS denies liability for DOSTIE's negligent acts, claiming that DOSTIE was not acting on behalf of BAYSHORE TOWERS, Plaintiff asserts this alternative theory of relief against DOSTIE individually.

31. DOSTIE undertook to perform certain acts of maintenance with respect to KLINE's condominium unit.

32. One of the acts DOSTIE undertook included opening the main water valve and running one or more faucets, flushing the toilets, etc. in the Unit.

33. By undertaking these acts (whether gratuitously or otherwise) DOSTIE owed a duty to Plaintiff to perform the aforementioned acts without causing damage to Plaintiff's condominium and the personal property contained therein.

34. DOSTIE breached the duty of care he owed to Plaintiff by: 1) entering Plaintiff's Unit; 2) opening the main water valve, which was previously in the off position; 3) turning on one or more faucets; 4) exiting the Unit without shut off one or more faucets and/or the main water valve.

5

35.   As a direct ⅃ proximate result of DOSTIE's breach of duty of care owed to KLINE, KLINE has sustained damages.

36.   KLINE's damages include direct economic damages that would not have been sustained but for DOSTIE's negligence, including: costs of repair to the unit, replacement costs for personal possessions, relocation costs while the repairs were ongoing, attorneys' fees and litigation costs and other damages as may be determined during the course of continued investigation.

WHEREFORE, Plaintiff, RICHARD KLINE, JR. prays for judgment against Defendant, MARCEL DOSTIE, plus an award of attorneys' fees (if permissible by rule, statute or condominium document which may come to light during discovery), costs, and any such further relief to which he may be entitled in law or equity.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,

Date: Dec. 28, 2009         By: _____

CLIFFORD A. WOLFF
Florida Bar Number: 0076252

THE WOLFF LAW FIRM
1401 East Broward Boulevard
Victoria Park Center, Suite 204
Fort Lauderdale, Florida 33301
Telephone:  (954) 565-5040
Facsimile:  (954) 827-8300
Web:  www.WolffLawFirm.com

6

# SURPLUS LINES STATEMENT

| Policy Number | Insured Name | | |
|---|---|---|---|
| CWP311349300 | Bayshore Towers of Ft. Lauder | | |

| Producer: | Braishfield Associates, Inc. 5955 T.G. Lee Blvd., Suite 200 Orlando, FL 32822 | Premium: | $8,226.00 |
|---|---|---|---|
| | | Policy Fee: | 35.00 |
| | | Inspection Fee: | 150.00 |
| | | Tax: | 420.55 |
| Surplus Lines Agent: | Graham Whitmore Hopkins 5955 T.G. Lee Blvd., Suite 200 Orlando, FL 32822 License #: A122916 | Service Fee: | 8.41 |
| | | FHCF: | 84.11 |
| | | FEMA: | 0.00 |
| | | Total: | $8,924.07 |
| Producing Agent: | Lawrence Earl Vaught Jr 2590 Hollywood Blvd Hollywood FL 33020    - Lic#A272663 | | |

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

_____
Surplus Lines Agent

Date:   04/22/2008

BAI 4100FL 0107

**EXHIBIT**
tabbies
"_B_"

# COMMERCIAL POLICY DECLARATIONS

CNA Insurance Companies
CNA Plaza
Chicago, Illinois 60685

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

| PRODUCER NO. | BRANCH | POLICY NUMBER |
|---|---|---|
| 880-039525 | 880 | CWP311349300 |

## Columbia Casualty Company

**NAMED INSURED & ADDRESS:**
(Number & Street, Town, County, State & Zip Code)

Bayshore Towers of Ft. Lauder
-dale Inc
511 Bayshore Drive
Ft. Lauderdale, FL 33304

**PRODUCER:**
Braishfield Associates, Inc.
5955 T.G. Lee Blvd., Suite 200
Orlando, FL 32822

**Policy Period: From: 04/21/2008   To:   04/21/2009**
This Policy becomes effective and expires at 12:01 a.m.
Standard Time at Your Mailing Address Shown Above.

| PR | PT | AUDIT STATUS | POLICY TYPE | RENEWAL OF POLICY NUMBER |
|---|---|---|---|---|
| | | | New | |

**PRODUCING AGENT:**

Smith, Watson, Parker
Lawrence Earl Vaught Jr
2590 Hollywood Blvd
Hollywood, FL 33020

**Business Description:**   Apt/Condo Association 4-10 Stories

In return for the payment of the premium, and subject to all the terms of this policy, the company indicated above agrees to provide the insurance stated in this policy. **Policy is subject to a $1,000 minimum premium.**

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | Premium |
|---|---|
| Commercial General Liability Coverage Part | $ 7,910.00 |
| Commercial Difference in Conditions Coverage Part | $ 0.00 |
| Commercial Garage Liability Coverage Part | $ 0.00 |
| Commercial Inland Marine Coverage Part | $ 0.00 |
| Terrorism Risk Insurance Act Premium | $ 316.00 |
| Total Premium | $ 8,226.00 |
| Policy Fee | $ 35.00 |
| Inspection Fee | $ 150.00 |
| Taxes and Fees | $ 513.07 |
| Total | $ 8,924.07 |

Countersigned:

By: _(signature)_

Authorized Representative

_(signature)_
Chairman of the Board

_(signature)_
Secretary

04/22/2008
Date

C-129394-A (03/02)

COMMERCIAL GENERAL LIABILITY

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# DECLARATIONS

**Policy No.**   CWP311349300
**Effective Date:** 04/21/2008       12:01 A.M. Standard Time

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products/Completed Operations) | $     2,000,000 | |
| Products/Completed Operations Aggregate Limit | $       included | |
| Personal and Advertising Injury Limit | $     1,000,000 | |
| Each Occurrence Limit | $     1,000,000 | |
| Damage to Premises Rented to You Limit | $       100,000 | Any One Premise |
| Medical Expense Limit | $         5,000 | Any One Person |
| Employee Benefits Limit | $             0 | |

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

BUSINESS DESCRIPTION:    Apt/Condo Association 4-10 Stories

PREM   LOCATION
  1       511 Bayshore Dr Ft Lauderdale FL 33304

## PREMIUM

| Code No.   Classification Description | Type | Premium Basis | Rate Prem/Op | Pr/Co | Advance Premium Prem/Op | Pr/Co | Total |
|---|---|---|---|---|---|---|---|
| 62003 - Condominium Association | u | 108 | 60.170 | | 6,498.00 | | 6,498.00 |
| 48925 - Swimming Pools NOC | u | 1 | 1,112.000 | | 1,112.00 | | 1,112.00 |
| 6619 - Non-owned and Hired Auto | t | 1 | 300.000 | | 300.00 | | 300.00 |

Total Advance Premium  $   7,910.00

## FORMS AND ENDORSEMENTS ARE SHOWN ELSEWHERE IN THIS POLICY

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

BAI1150 04/07

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  © ISO Properties, Inc., 2003    □

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

          © ISO Properties, Inc., 2003          CG 00 01 12 04          ☐

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © ISO Properties, Inc., 2003

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

### g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   (b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

 © ISO Properties, Inc., 2003 □

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a side-track agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

     © ISO Properties, Inc., 2003

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

 © ISO Properties, Inc., 2003

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   © ISO Properties, Inc., 2003   CG 00 01 12 04   □

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

© ISO Properties, Inc., 2003

CG 00 01 12 04      □

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – CONDOMINIUM UNIT OWNERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

WHO IS AN INSURED (Section II) is amended to include as an insured each individual unit owner of the insured condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit owner's exclusive use or occupancy.

    Copyright, Insurance Services Office, Inc., 1984       □

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION -- SUBSIDENCE

This endorsement modifies insurance provided under the following:

Commercial General Liability Coverage Part

**A.** The following exclusion is added to Coverage A (Section I).
This insurance does not apply to "Bodily Injury" or "Property Damage" including the loss of use caused by the "subsidence" of land and arising out of or attributable to any operation or completed operation of the insured or performed on the insured s behalf.
**B.** The following is added to **DEFINITIONS** (Section **V**):
Subsidence means earth movement including but not limited to:

a. Landslide;

b. Mudflow;

c. Earth sinking;

d. Earth rising;

e. Collapse or movement of fill;

f. Improper contraction;

g. Earth settling, slipping, falling away, caving in, eroding or tilting;

h. Earthquake; or

i. Any other movement of land or earth.



G-43316-C
(Ed. 06/98)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
FARM COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY   NEW YORK
POLLUTION LIABILITY COVERAGE FORM

This insurance does not apply to:

(1) Bodily injury, property damage or personal and advertising injury arising out of the actual, alleged or threatened exposure at any time to asbestos; or

(2) Any loss, cost or expense that may be awarded or incurred:

    (a) by reason of a claim or suit for any such injury or damage; or

    (b) in complying with a governmental direction or request to test for, monitor, clean up, remove, contain or dispose of asbestos.

Asbestos means the mineral in any form whether or not the asbestos was at any time:

(1) airborne as a fiber, particle or dust;

(2) contained in or formed a part of a product, structure or other real or personal property;

(3) carried on clothing;

(4) inhaled or ingested; or

(5) transmitted by any other means.

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997
□

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc., 1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LEAD PAINT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage" or "personal injury" arising out of the actual or alleged manufacture, distribution, sale, resale, rebranding,installation, repair, removal, encapsulation, abatement, replacement or handling of, or exposure to, lead paint or products containing lead whether or not the lead is or was at any time airborne as a particle, contained in a product ingested, inhaled, transmitted in any fashion, or found in any form whatsoever.
This endorsement does not apply in Massachusetts

G16776A(6/91)                          Page 1 of 1

**CNA**

G-140396-B
(Ed. 11/01)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI / MOLD / MILDEW / YEAST / MICROBE EXCLUSION AND WATER DAMAGE LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2.**, Exclusions, of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

**Fungi and Microbes**

(1) B odily injury or property damage arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any f ungi or m icrobes.

(2) Any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to or assessing the effects of f ungi or m icrobes by any insured or by anyone else.

(3) P roperty damage caused by water where there also exists any property damage arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any f ungi or m icrobes.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage, loss, cost or expense.

This exclusion does not apply where your business is food processing, sales, or serving, and the bodi ly injury is caused solely by food poisoning in connection with such processing, sales, or serving.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions, of **Section I – Coverage B – Personal and Advertising Injury Liability:**

This insurance does not apply to:

**Fungi and Microbes**

(1) P ersonal and advertising injury arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any f ungi or m icrobes.

(2) Any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to or assessing the effects of f ungi or m icrobes by any insured or by anyone else.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury, loss, cost or expense.

**C.** The following definitions are added to **Section V – Definitions:**

Fungi means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. But f ungi does not include any fungi intended by the insured for consumption.

Mi crobe means any non-fungal microorganism or non-fungal, colony-form organism that causes infection or disease. Mi crobe includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of microbes. But m icrobe does not mean microbes that were transmitted directly from person to person.

Incorporates materials copyrighted by Insurance Services Office, reprinted with their permission.



# COLUMBIA CASUALTY COMPANY
## SERVICE OF SUIT CLAUSE

It is agreed that in the event of the failure of the Insurer to pay any amount claimed to be due hereunder, the Insurer, at the request of the insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court.

It is further agreed that service of process in such suit may be made upon the General Counsel, Columbia Casualty, CNA Plaza, Chicago, IL and that in any suit instituted against such person upon this policy, the Insurer will abide by the final decision of such court or of any appellate court in the event of an appeal.

The above-named is authorized and directed to accept service of process on behalf of the Insurer in any such suit and, upon the request of the insured, to give a written undertaking to the insured that he will enter a general appearance upon the Insurer s behalf in the event such suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, the Insurer hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or true copy thereof.

All other provisions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the following described Policy issued by the designated Insurer takes effect on the effective date of said Policy, unless another effective date is shown below, at the hour stated in said Policy and expires concurrently with said Policy.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| | | | |

Countersigned by _____
Authorized Representative

G-15956-A99
(ED. 06/93)



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAR AND TERRORIST ACTION EXCLUSION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A.   Paragraph **2.**, **Exclusions**, of Coverage **A**   Bodily Injury and Property Damage Liability (Section I Coverages) is amended to delete Exclusion **i.**, **War**.

B.   The following exclusion is added to the policy:

This insurance does not apply under any Liability coverage to:

**War or Terrorist Action**

1.    Bodily injury ,  property damage , or  personal and advertising injury  that in whole or in part is caused directly or indirectly by, arises out of, or in any way involves, one or more of the following:

   a.   War (whether or not declared), invasion, acts of foreign enemies, and hostilities, or any act, condition, or warlike operation incident to war.

   b.   Warlike action by a regular or irregular military force or civilian agents, or any action taken by any government, sovereign or other authority to hinder or defend against an actual or expected attack.

   c.   Civil war, insurrection, rebellion, revolution, attempt to usurp power, or popular uprising, or any action taken by governmental or martial authority in hindering or defending against any of these.

   d.   Discharge, explosion, or use of a weapon of mass destruction, whether or not employing nuclear fission or fusion, or chemical, biological, radioactive or similar agents, by any party at any time for any reason.

   e.    Terrorist action  or any action taken by anyone to prevent real or perceived imminent  terrorist action , or to address ongoing  terrorist action .

2.   Any loss, cost or expense arising out of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing or disposing of, or in any way assessing or responding to the effects of toxic, infectious, or radioactive matter distributed, generated or released as a direct or indirect result of any event described in Paragraph **1.** above.

This exclusion applies regardless of any other cause or event that contributed concurrently or in any sequence to such injury, damage, loss, cost, or expense.

This exclusion supercedes any coverage or condition to the contrary that may be included on any coverage form or endorsement that is part of this policy.

Paragraph **1.e.** of this exclusion does not apply to  bodily injury  or  property damage  you cause while assisting emergency rescue operations following the conclusion of the  terrorist action .

CNA

C. Section **V**   **Definitions** is amended to add the following definition:

Terrorist action  means the actual or threatened:

    **a.**  Use of force or violence against persons or property,

    **b.**  Commission of an act dangerous to human life or property, or

    **c.**  Commission of an act that interferes with or disrupts an electronic or communications system,

undertaken by any person or group, whether or not acting on behalf of or in connection with any organization, government, power, authority, or military force, when any of the following applies:

**a.**  The reasonably apparent intent or effect is to intimidate or coerce a government or business, or to disrupt any segment of the economy;

**b.**  The reasonably apparent intent or effect is to cause alarm, fright, fear of danger, or apprehension of public safety in one or more distinct segments of the general public, or to intimidate or coerce one or more such segments; or

**c.**  The reasonably apparent intent or effect is to further political, ideological, religious or cultural objectives, or to express support for (or opposition to) a philosophy, ideology, religion or culture.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured**   _____          **Policy Number**   _____

**Endorsement Effective**   _____          **Countersigned By**   _____

                                                                             (Authorized Representative)

G-145658-A
(Ed. 11/03)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.   The folllowing exclusion is added to **Exclusions** of **Section I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

This insurance does not apply to:

1.   Bodily injury  arising in whole or in part out of the actual, alleged or threatened respiration or ingestion at any time of  silica  ; or

2.   Property damage  arising in whole or in part out of the actual, alleged or threatened presence of  silica .

B.   The folllowing exclusion is added to **Exclusions** of **Section I - COVERAGE B. PERSONAL AND ADVERTISING LIABILITY:**

This insurance does not apply to  personal and advertising injury  arising in whole or in part out of the actual, alleged or threatened exposure at any time to or the presence of  silica .

C.   The following definition is added:

Silica  means the chemical compound silicon dioxide (SiO2) in any form, including dust which contains  silica .

G-145658-A
(Ed. 11/03)

**CNA**

G-144291-A
(Ed. 03/03)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ECONOMIC AND TRADE SANCTIONS CONDITION

The following condition is added to the COMMON POLICY CONDITIONS:

**ECONOMIC AND TRADE SANCTIONS CONDITION**

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy is void **ab initio** (void from its inception) with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

1. Any insured, or any person or entity claiming the benefits of an insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to U.S. economic or trade sanctions;

2. Any claim or "suit" that is brought in a Sanctioned Country or by a Sanctioned Country Government, where any action in connection with such claim or suit is prohibited by U.S. economic or trade sanctions;

3. Any claim or "suit" that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to U.S. economic or trade sanctions;

4. Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country Government, where any activities related to such property are prohibited by U.S. economic or trade sanctions; or

5. Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to U.S. economic or trade sanctions.

As used in this endorsement a Specially Designated National or Blocked Person is any person or entity that is on the list of Specially Designated Nationals and Blocked Persons issued by the U.S. Treasury Department's Office of Foreign Asset Control (O.F.A.C.) as it may be from time to time amended.

As used in this endorsement a Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States of America.

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.
# MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **b.** under **SECTION IV, COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **5. Premium Audit,** is amended to read as follows:

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only.  At the close of each audit period we will compute the earned premium for that period.  Audit premiums are due and payable on notice to the first Named Insured.  If the sum of all premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.  The earned premium will be computed in accordance with rates scheduled in this policy and will be subject to a MINIMUM EARNED PREMIUM equal to <u>25</u>% of the  **PREMIUM FOR THIS COVERAGE PART** shown in Section 7 of the Declarations.  The earned premium will never be less than the MINIMUM EARNED PREMIUM, regardless of the term.

C-129549-A (04/02)


**CNA**
For All the Commitments You Make®

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Limit of Insurance

Each Occurrence          $     1,000,000

(If no entry appears above, information required to complete this endorsement will be shown In the Declarations as applicable to this endorsement.)

### A. HIRED AUTO LIABILITY

The insurance provided under COVERAGE A   BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I   Coverages) applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

### B. NON-OWNED AUTO LIABILITY

The insurance provided under COVERAGE A   BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I   Coverages) applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person other than you in the course of your business.

### C. With respect to the insurance provided by this endorsement:

1.    Subparagraphs **b., c., e., g., h., j., k., l., m.** and **n.** of paragraph **2.**, Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I   Coverages) do not apply.

2.    The following exclusions are added to paragraph **2.**, Exclusions of COVERAGE A   BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I   Coverages):

This insurance does not apply to:

**a.**   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)    That the insured would have in the absence of the contract or agreement; or

(2)    Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**b.**   "Bodily injury" to:

(1)    An "employee" of the insured arising out of and in the course of:

(a)  Employment by the insured; or

(b)  Performing duties related to the conduct of the insured's business; or

(2)    The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (a) above.


For All the Commitments You Make®

This exclusion applies:

    (1)    Whether the insured may be liable as an employer or in any other capacity; and

    (2)    To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

This exclusion does not apply to:

    (1)    Liability assumed by the insured under an "insured contract"; or

    (2)    "Bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

  c.    "Property damage" to:

    (1)    Property owned or being transported by, or rented or loaned to the insured; or

    (2)    Property in the care, custody, or control of the insured.

  d.    "Bodily injury" or "property damage" if you are an insured on an Auto insurance policy that insures "autos" used in your business.

**D.**  For the purposes of this endorsement only, WHO IS AN INSURED (Section II) is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

  **1.**    You.

  **2.**    Any other person using a "hired auto" with your permission.

  **3.**    With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

  **4.**    Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under paragraphs **1.**, **2.** or **3.** above.

None of the following is an insured:

  **1.**    Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

  **2.**    Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

  **3.**    Any person while employed in or otherwise engaged in performing duties related to the conduct of an "auto business", other than an "auto business" you operate;

  **4.**    The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

  **5.**    Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**E.**  Limits of Insurance (Section III) is replaced by the following:

Regardless of the number of:

  **1.**    Insureds;

  **2.**    Claims made or "suits" brought;


For All the Commitments You Make®

3.  Persons or organizations making claims or bringing "suits"; or

4.  "Autos".

The Each Occurrence Limit shown in the schedule is the most we will pay for damages under COVERAGE A because of all "bodily injury" and "property damage" arising out of any one "occurrence".

The limit of this endorsement applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

F.  Condition 4. Other Insurance (Section IV) is replaced by the following:

This insurance is excess over any valid and collectible insurance available to you.

G.  For the purposes of this endorsement only, the following definitions are added to the DEFINITIONS Section:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

"Hired auto" means any "auto" you lease, hire, rent or borrow which is used in connection with your business. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

"Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

H.  For the purposes of this endorsement only, the definition of "insured contract" in the DEFINITIONS SECTION is amended by the addition of the following:

6.  "Insured Contract" means:

g.  That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

POLICY NUMBER:                                         **COMMERCIAL GENERAL LIABILITY**
                                                       **CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | **PER CLAIM   or** | **PER OCCURRENCE** |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $    1,000 | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

   1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

      a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

      b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

      c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

         (1) "Bodily injury";

         (2) "Property damage"; or

         (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

     Copyright, Insurance Services Office, Inc., 1994     CG 03 00 01 96   □

COMMERCIAL GENERAL LIABILITY
CG 02 20 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

(4) A substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 77 11 02

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCEPTION TO TERRORISM EXCLUSION FOR CERTIFIED
# ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

A. With respect to any exclusion of terrorism in this Coverage Part or attached to this Coverage Part by endorsement, such exclusion does not apply to a "certified act of terrorism".

That exclusion also does not apply to an act which meets the criteria set forth in Paragraph 2. of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

B. With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

C. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

⊕ ISO Properties, Inc., 2002



COMMERCIAL GENERAL LIABILITY
G-136080-A 02 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT –
# KNOWN OR CONTINUING INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of bodi ly injury or property damage to which this insurance applies. We will have the right and duty to defend the insured against any sui t seeking those damages. However, we will have no duty to defend the insured against any sui t seeking damages for bodi ly injury or property damage to which this insurance does not apply. We may, at our discretion, investigate any occurrence and settle any claim or sui t that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments Coverages **A** and **B**.

   b. This insurance applies to bodi ly injury and property damage onl y if:

      (1) The bodi ly injury or property damage is caused by an occurrence that takes place in the cov erage territory;

      (2) The bodi ly injury or property damage occurs during the policy period; and

      (3) With respect to bodi ly injury or property damage that continues, changes or resumes so as to occur during more than one policy period, both of the following conditions are met:

         (i) Prior to the policy period, no Authorized Insured knew that the bodi ly injury or property damage had occurred, in whole or in part; and

         (ii) During the policy period, an Authorized Insured first knew that the bodi ly injury or property damage had occurred, in whole or in part.

      For purposes of this Paragraph **1.b.(3)** only, if **(a)** bodi ly injury or property damage that occurs during this policy period does not continue, change or resume after the termination of this policy period; and **(b)** no Authorized Insured first knows of this bodi ly injury or property damage until after the termination of this policy period, then such first knowledge will be deemed to be during this policy period.

   c. B odily injury or property damage which occurs during the policy period and was not, prior to the policy period, known to have occurred by any Authorized Insured includes any continuation, change or resumption of that bodi ly injury or property damage after the end of the policy period.

   d. B odily injury or property damage will be deemed to have been known to have occurred at the earliest time when any Authorized Insured:

      (1) Reports all, or any part, of the bodi ly injury or property damage to us or any other insurer;

      (2) Receives a written or verbal demand, claim or sui t for damages because of the bodi ly injury or property damage; or

      (3) Becomes aware by any other means that bodi ly injury or property damage has occurred or has begun to occur.

   e. Damages because of bodi ly injury include damages claimed by any person or organization for care, loss of services or death resulting at any time from the bodi ly injury.

   The following definition is added to Section **V** Definitions:

   Authorized Insured means any insured listed under Paragraph **1.** of Section II Who Is An Insured, or any em ployee authorized by such an insured to give or receive notice of an occurrence or cl aim.

 Includes material copyrighted by Insurance Services Office, Inc.

**CNA**

G-132263-B
(Ed. 11/04)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY ENDORSEMENT – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under Paragraph **2., Exclusions of Section I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

This insurance does not apply to:

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

      (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

      (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire."

   (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

   (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

      (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

      (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire."

   (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants."

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any



G-132263-B
(Ed. 11/04)

way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

Paragraph **(2)** does not apply to liability for damages because of "property damage" that is not excluded by Paragraph **(1)** above. However, this exception to Paragraph **(2)** does not apply to any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement or claim or "suit" solely by or on behalf of a governmental authority.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SERVICE OF SUIT CLAUSE

It is agreed that in the event of the failure of the Insurer to pay any amount claimed to be due here under, the Insurer, at the request of the insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction and all matters arising here under shall be determined in accordance with the law and practice of such court.

It is further agreed that service of process in such suit may be made upon the General Counsel, CNA Plaza, Chicago, IL and that in any suit instituted against such person upon this policy, the Insurer will abide by the final decision of such court or of any appellate court in the event of an appeal.

The above-named is authorized and directed to accept service of process on behalf of the Insurer in any such suit and, upon the request of the insured, to give a written undertaking to the insured that he will enter a general appearance upon the Insurer's behalf in the event such suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Insurer hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary here under arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or true copy thereof.

All other provisions of the policy remain unchanged.

G136630A 0196



G-55157-B
(Ed. 02/88)

# PREMIUM BASIS
## To be used with the General Liability Schedule

| | | | | | | |
|---|---|---|---|---|---|---|
| A | = Area | (Per 1,000 Sq. ft.) | LR | = Lakes/Reservoirs | (Each) |
| AC | = Acres | (Each) | M | = Admissions | (Per 1,000 Admissions) |
| AN | = Animals | (Each) | ME | = Members | (Each) |
| AP | = Airports | (Each) | MI | = Miles | (Each) |
| AT | = Attendants | (Each) | MH | = Model Homes | (Each) |
| B | = Bodies | (Each) | O | = Operators | (Each) |
| BD | = Beds | (Each) | OE | = Operating Expenditures | (Per $1,000 of OperatingExpenditures) |
| BE | = Beaches | (Each) | P | = Payroll | (Per $1,000 of Payroll*) |
| BO | = Boats | (Each) | PD | = Passenger Days | (Per 1,000 Passenger Days) |
| C | = Total Cost | (Per $1,000 of Total Cost*) | PP | = Parks/Playgrounds | (Each) |
| CD | = Camper Days | (Each Camper Day) | PR | = Parades | (Each) |
| CN | = Contestants | (Each) | PS | = Persons | (Each) |
| CU | = Convention Days | (Each) | PG | = Picnic Grounds | (Each) |
| DB | = Drawbridges | (Each) | PU | = Pupils | (Each) |
| DM | = Dams | (Each) | R | = Receipts | (Per $1,000 of Receipts) |
| DW | = Dwellings | (Each) | RG | = Registrants | (Each) |
| E | = Each | (Per Entity Described) | RN | = Range | (Each) |
| EX | = Exhibitions | (Each) | S | = Gross Sales | (Per $1,000 of Gross Sales*) |
| FG | = Fairgrounds | (Each) | SC | = Scouts | (Each) |
| FM | = Faculty Members | (Each) | SE | = Seats | (Each) |
| FP | = Fishing Piers | (Each) | SP | = Swimming Pools | (Each) |
| G | = Graduates | (Each) | ST | = Stations | (Each) |
| GA | = Games | (Each) | TE | = Teams | (Each) |
| GS | = Grandstands/Bleacher | (Each) | TO | = Towers | (Each) |
| HQ | = Headquarters | (Each) | U | = Unit | (Per Dwelling Unit) |
| HO | = Hoists | (Each) | VE | = Vehicles | (Per 1,000 Vehicles) |
| K | = Kennels | (Each) | VO | = Volunteers | (Each) |
| LD | = Locations Days | (Each) | Z | = Zoos | (Each) |
| LE | = Lessees | (Each) | | | |
| LO | = Locations | (Each) | | | |



# IMPORTANT INFORMATION

### NOTICE – OFFER OF TERRORISM COVERAGE
### NOTICE – DISCLOSURE OF PREMIUM

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

In accordance with the Terrorism Risk Insurance Act of 2002, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program. The policy's other provisions will still apply to such an act. The premium for this coverage has been included in your policy with the premium shown in your Policy Declarations.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

G-144233-A
(Ed. 01/03)

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.



## SCHEDULE OF FORMS AND ENDORSEMENTS

| Policy Number | Insured Name |
|---|---|
| CWP311349300 | Bayshore Towers of Ft. Lauder |

**Forms and endorsements made part of policy –**

| | |
|---|---|
| BAI4100FL0107 | Surplus Lines Declaration |
| C129394A0302 | CNA Condo Dec Page |
| BAI11500407 | General Liability Declarations Page |
| CG00011204 | Commercial General Liability Coverage |
| IL00171198 | Common Policy Conditions |
| G59630B0695 | Exclusion - Subsidence |
| G43316C0698 | Exclusion - Asbestos |
| CG21470798 | Employment Related Practices Exclusion |
| IL00210498 | Nuclear Energy Liability Exclusion |
| G16776A0691 | Exclusion - Lead Paint |
| G15956A990693 | Service of Suit Clause - CNA |
| G59786C1093 | Hired and Non Owned Auto Liability |
| CG03000196 | Deductible Liability Insurance |
| CG02201204 | Florida Changes - Canc-Nonrenewal |
| G136080A0200 | Amendment of Ins Agreemnt-Known Damage |
| G144233A0103 | Notice - Offer of Terrorism |

| | |
|---|---|
| CG20041185 | Additional Insured Condo |
| G140396B1101 | Fungi Mold Mildew Microbe Exclusion |
| C129529A1101 | CGL War Terrorism Exclusion |
| G145658A1103 | Exclusion - Silica |
| G144291A0303 | Economic and Trade Sanctions Condition |
| C129549A0402 | Minimum Earned Premium |
| CG21771102 | Exception to Terrorism Exclusion |
| G132263B1104 | Amendatory Endorsement - Pollution Excl |
| G136630A0196 | Service of Suit Clause |
| G55157B0288 | Premium Basis |
| CG00670305 | Exclusion - Violations of Statues That Govern Emails Fax |
| BAI00011205 | Forms List |

*Braishfield Associates, Inc.*

**P.O. BOX 621268, ORLANDO, FL 32862-1268**
**(407) 825-9911     (888) 335-6616     (888) 335-6615 Fax**

Dear Association Board / Manager

Enclosed is a brief questionnaire. This has been designed to assist both Braishfield and your insurer keep a current file for your property and to address any changes in exposures. It will also help your association in controlling the renewal costs of your association insurance program.

We appreciate your business and look forward to continuing to provide your association with the best insurance program available. Please take a few moments to complete and return this questionnaire.  It can be faxed to our toll free fax line 888/335-6615, or mailed to us at the following address.

Braishfield Associates, Inc.
P.O. Box 621268
Orlando, FL 32862-1268

Sincerely,
The staff at Braishfield

RISK CONTROL SELF INSPECTION
FOR
CONDOMINIUM ASSOCIATIONS

Complex/Area_____

Surveyed by: _____Date_____

Along with the fiduciary duties of the condominium association, are duties to exercise reasonable care for the safety of people who are legally on the premises.

The Center for Disease Control (CDC) estimates that in the United States, one out of every three people 65 years and older sustains a fall every year. And, 20-30% of these individuals suffer moderate to severe injuries as a result. These statistics are confirmed by the injury claims typically emanating from the condominium environment. A seemingly insignificant slip, trip or fall incident can balloon into a life threatening situation when the claimant is an older person.

Condominium associations can be held liable for injuries or property loss related to dangerous conditions on the premises they manage. Negligence hinges on whether the condominium association had "constructive notice" of the hazardous condition. Constructive notice can be inferred from either the amount of time the condition existed - or the fact that the condition occurred so frequently that its existence should have been known.

To assist you in identifying potentially hazardous conditions, this self-inspection checklist highlights some of the key areas of concern in the condominium environment.  Add your own property-specific areas to create a comprehensive review tool.

Topics covered include:
§  Housekeeping and Preventive Maintenance
§  Life Safety
§  Laundry Facility
§  Fitness Facility
§  Pools and Spas
§  Tennis Courts
§  Playgrounds
§  Retention Ponds
§  Security
§  Risk Transfer
§  Claim Management

**Housekeeping and Preventive Maintenance**

| | | |
|---|---|---|
| Weekly maintenance surveys are completed to identify potential injury exposures. *Keep documentation/logs of issues identified and addressed.* | ☐ YES | ☐ NO |
| All walking areas are clean and free of debris or clutter. *Walking areas, including stairways should be cleaned daily.* | ☐ YES | ☐ NO |
| Any wet areas are quickly mopped up. *Spills, leaks, or other wet areas are a major factor in slip and fall injuries. Check restrooms, laundry room, pool area, drinking fountains, vending machines, pool and deck, fitness center.* | ☐ YES | ☐ NO |
| Warning signs or cones are placed around any wet floor areas to alert those who may walk by. *Until the area is dry, a potential hazard exists.* | ☐ YES | ☐ NO |
| Walk-off mats are placed at all entrances, and tops and undersides of mats are kept clean. *Mats will help to clean dirt, debris and wetness from shoes entering the building; but the mats themselves must be clean.* | ☐ YES | ☐ NO |
| Extra walk-off mats are applied during inclement weather. *Wet or windy weather increases walking hazards inside and outside..* | ☐ YES | ☐ NO |
| All floor surfaces are in good condition. *Watch for raised carpet edges, concrete cracks or bulges, missing floor tiles, uneven stair edges.* | ☐ YES | ☐ NO |
| All stairways of two risers or more have ADA approved handrails, in good working condition. *Handrails help walkers to maintain balance and prevent falls.* | ☐ YES | ☐ NO |
| Outside surfaces (parking lot, drive way, sidewalks) are in good condition, free of pot holes, cracks, depressions, grease spots, debris. *Outdoor walking areas must be checked daily for hazards.* | ☐ YES | ☐ NO |
| Elevators are inspected annually and certificate is displayed in each elevator. *Doors closing prematurely on passengers, and inconsistent floor stops are the two most common causes of elevator related injuries.* | ☐ YES | ☐ NO |
| Emergency phones in elevators are operational. *Test periodically to make sure.* | ☐ YES | ☐ NO |
| All landscaping machinery has protective guards in place while in use to protect from projectiles. *Use of lawn mowers, leaf blowers, hedge trimmers creates hazard to passersby if not properly guarded. Be sure to obtain certificates of insurance from lawn contractors.* | ☐ YES | ☐ NO |

**Housekeeping and Maintenance**

| | | |
|---|---|---|
| Roofs are leak free and in good condition. *Water from roof leaks leads to slip and fall injuries.* | ☐ YES | ☐ NO |
| Exterior -structure is free of deterioration, missing or crumbling stucco. Check under balconies also. *Deterioration leads to corrosion of the reinforcing steel – requiring structural repair.* | ☐ YES | ☐ NO |
| Entrance/exit gates are well lubricated and in good working order.  Exposed gears, springs or other moving parts are guarded. Signs of "Caution" are posted. *Moving gate problems result in injuries& property damage claims.* | ☐ YES | ☐ NO |
| "Comments" box for unit owners to offer suggestions, complaints, or notify of maintenance or repair issues. *Residents' comments are valuable in identifying potential exposures, and should be encouraged.* | ☐ YES | ☐ NO |
| Unit owner or tenant complaints: responded to within 24 hours. *Failure to do so, can lead to liability for injury or property damage.* | ☐ YES | ☐ NO |

**Life Safety**

| | | |
|---|---|---|
| Automatic sprinkler systems are on-line and functional, protection 100% of the building. *Contract is in place for annual inspection and maintenance.* | ☐ YES | ☐ NO |
| Smoke detectors operable in all common hallways, stairwells and basement areas. | ☐ YES | ☐ NO |
| Self closing devices on all unit doors opening onto common hallway and stairwell. | ☐ YES | ☐ NO |
| If manual pull fire alarm system exists, should be at each exit. | ☐ YES | ☐ NO |
| Emergency lighting system provided for each building, operational and periodically tested. *Check for burnt out bulbs in exit signs, corridors, all lighting.* | ☐ YES | ☐ NO |
| Emergency generator available to provide power (elevators, emergency lighting, etc). | ☐ YES | ☐ NO |
| All common exits have illuminated exit signs. | ☐ YES | ☐ NO |
| Entrances, exits, parking lots and stairways are well illuminated. *Bushes and shrubs neatly trimmed to avoid dark hiding places.* | ☐ YES | ☐ NO |
| Emergency lighting is operational and is periodically tested. *All emergency lighting should be operational – check for burnt out bulbs in exit signs,* | ☐ YES | ☐ NO |

| | | |
|---|---|---|
| *corridors.* | | |
| **All light bulbs are in working order.**<br>*Check daily and immediately replaced burned out bulbs.* | ☐ YES | ☐ NO |
| **Stairwells are enclosed in concrete and protected by 1.5 hour UL listed, self closing fire doors. All exit at ground level.** | ☐ YES | ☐ NO |
| **Pre-emergency plan is in place. Fire department has toured facility.**<br>*Plan should include diagram of facility showing constructions, occupancy, utility shut offs, hazardous materials, flammable liquids storage and fire protection equipment.* | ☐ YES | ☐ NO |

**Laundry Facility**

| | | |
|---|---|---|
| **Cleaned daily; remove debris, trash, spilled soap; floor mopped daily.** *Reduce slip & fall exposure by keeping area clean and dry.* | ☐ YES | ☐ NO |
| **Emergency telephone numbers are posted inside, on door and window.** *Emergency number should be posted so that it can be seen by residents.* | ☐ YES | ☐ NO |
| **Washers and dryers in good working condition, with no leaks.** *Appliances needing repair should be removed from service and secured where they cannot be used until repair is made.* | ☐ YES | ☐ NO |
| **Rules and instructions are posted, along with hold-harmless statement.** *Avoid clothing damage claims.* | ☐ YES | ☐ NO |

**Pools & Spas**

| | | |
|---|---|---|
| **Protective pool fence meets applicable code requirements for height.** *Fence in good condition, locks and latches properly working. Locking mechanisms out of reach for small children.* | ☐ YES | ☐ NO |
| **All electrical circuits at pool run through ground fault circuit interruptors.** *Prevent electrocution injury.* | ☐ YES | ☐ NO |
| **Pool safety rules clearly posted, including requirement of adult supervision for children under the age of 12.** *Rules posted such as no running, no diving, no food or glass containers in pool area, shower before entering pool, hours of use.* | ☐ YES | ☐ NO |
| **Daily chemical log is maintained.** *Proper chemical balance will help to prevent chemical injuries. Pool water should be tested every 24 hours.* | ☐ YES | ☐ NO |
| **Pool and equipment (ladders, diving boards, drains) are in full compliance with all applicable codes.** *Compliance with required codes sets the foundation for safety.* | ☐ YES | ☐ NO |
| **Ladders and handrails and grab rails are sturdy and firm.** *Loose handrails or ladders lead to falls and injuries.* | ☐ YES | ☐ NO |
| **Safety equipment is available and maintained at all times.** *This includes a straight pole with life hook attached, life ring and throw line, and a pool rules sign. These must be replaced immediately if damaged or lost.* | ☐ YES | ☐ NO |

| | | |
|---|---|---|
| **Depth markings and "no diving" markings are accurate and clearly visible.** *Faded or inaccurate markings can increase liability.* | ☐ YES | ☐ NO |
| **Surfaces are clear of contaminants, such as algae, mineral deposits, oils, food, grease, soap.** *Build-up of contaminants creates exposure to slip and fall.* | ☐ YES | ☐ NO |
| **Drain slopes prevent any puddling of water.** *Adequate sloping will help to ensure good draining and evaporation.* | ☐ YES | ☐ NO |
| **Surfaces are coated and sealed with materials conducive to slip/skid resistance.** *Slips and falls on worn and weathered decks can be difficult to defend.* | ☐ YES | ☐ NO |

**Fitness Facility**

| | | |
|---|---|---|
| **Exercise equipment is inspected daily and maintained in sanitary and good operating condition.** *Equipment in need of repair or maintenance should be removed and secured in an area where no one will use it.* | ☐ YES | ☐ NO |
| **Instructions for proper use of equipment are posted.** *This would include instructions for each type of equipment, and for saunas or spas.* | ☐ YES | ☐ NO |
| **Any hired (or volunteer) providers of classes, wellness programs, massage, etc. have provided certificates of insurance to verify coverage in place.** *Associations are at risk for liability claims related to activities of independent contractors, even if they are volunteers.* | ☐ YES | ☐ NO |
| **Shower & locker rooms are inspected daily and maintained in sanitary condition.** *Areas are free of puddles, clutter, personal items.* | ☐ YES | ☐ NO |
| **Benches, lockers or other furniture are in good repair, stable and sturdy.** *Furniture in need of repair should be removed and secured in an area where no one will use it.* | ☐ YES | ☐ NO |
| **Grab bars are installed and in good condition in restrooms and shower stalls.** *Grab bars are advantageous wherever falls typically occur.* | ☐ YES | ☐ NO |

**Tennis Courts**

| | | |
|---|---|---|
| **Court surface is in good condition.** *Watch for fray, wear and tear near seams, cracks. Uneven surfaces.* | ☐ YES | ☐ NO |
| **Net and all mechanisms in good repair.** *Watch for fraying cables and bad locking mechanisms on the tension wheel which can lead to serious injury.* | | |
| **Courts are cleaned regularly and free of debris.** | ☐ YES | ☐ NO |

**Playgrounds**

| | | |
|---|---|---|
| **Inspect playground and equipment and surfacing regularly and document conditions.** *Frequency of inspection will depend upon nature of equipment, and frequency of use.* | ☐ YES | ☐ NO |
| **All installed equipment must comply with CPSC (Consumer Product Safety Commission) guidelines and ASTM standards.** *For detail, visit: http://www.cpsc.gov/kids/kidsafety/plgdlist.pdf* | ☐ YES | ☐ NO |

| | | |
|---|---|---|
| Surfaces around playground equipment are designed to reduce impact of falls. This might include wood chips, mulch, sand, pea gravel, or safety tested mats. *Concrete, rubber mats or synthetic turf are poor shock absorbers.* | ☐ YES | ☐ NO |
| Tripping hazards are identified and eliminated, *Including exposed concrete footings, tree stumps, rocks, debris.* | ☐ YES | ☐ NO |

**Retention Ponds**

| | | |
|---|---|---|
| Retention ponds are designed with safety ledges and gradual grading. Warning signs prohibit swimming. *Ponds can be an attractive nuisance. Managing the contours of the pond to eliminate drop-offs is preferable to fencing or bushes.* | ☐ YES | ☐ NO |

**Security**

| | | |
|---|---|---|
| Condominium rules or by-laws pertaining to pets are consistently enforced. *Failure to do so can expose the association to liability. If pets are allowed, they should be restrained while on the premises.* | ☐ YES | ☐ NO |
| Areas where visitors are restricted are posted with signs "Employees Only" or "Authorized Personnel Only." | ☐ YES | ☐ NO |
| "No Trespassing" signs are posted around premises perimeters. *Security measures must be taken to protect the property.* | ☐ YES | ☐ NO |
| Gate and door control systems are in place. *Computerized or "smart" key systems, or other effective means to control key inventory and access to the property are critical.* | ☐ YES | ☐ NO |
| Closed circuit TV (or video surveillance) is in place and monitored by security personnel. Signs posted notifying that surveillance is in effect. *Video documentation can assist in deterring crime, and in deterring false or frivolous claims, providing a visual record of what transpired.* | ☐ YES | ☐ NO |
| Any security system or device in place must be well-maintained and properly functioning. *Security failures causally connected to an injury or property loss, can lead to liability for the association.* | ☐ YES | ☐ NO |
| If security guards are in use, they are state licensed, and unarmed. *Florida requires 40 hours of training at a* | ☐ YES | ☐ NO |

| | | |
|---|---|---|
| *licensed school or training facility, and background checks,  for a Class D security officer license.* | | |
| **Do not sign any security contract that requires the association to indemnify the guard company.** *Seek legal advice before signing any such contract.* | ☐ YES | ☐ NO |
| **All workers on premises are identifiable by uniform or picture identification badge.** | ☐ YES | ☐ NO |
| **Exterior lighting should enable residents to note individuals at a distance of 75 feet or more. Sidewalks and footpaths around  buildings, parking lots and garages should be illuminated.** | ☐ YES | ☐ NO |
| **Parking garages and interior stairwells should be illuminated around the clock.** | ☐ YES | ☐ NO |

**Risk Transfer**

| | | |
|---|---|---|
| **Certificates of insurance are obtained and updated annually for all subcontractors.** *Ask for documented evidence that contractors have insurance for general liability and workers' compensation. Contractors should have liability limits equal to or greater than the association's..* | ☐ YES | ☐ NO |
| **Ask contractors to add the association to policy as additional insured, and to hold you harmless.** *Have the association's attorney review and approve all contracts to make sure assets are adequately protected.* | ☐ YES | ☐ NO |
| **All unit owners have effective homeowner's insurance policies.** *Educate unit owners as to the need for their own coverage; this will help to reduce exposure for direct property damage and litigation.* | ☐ YES | ☐ NO |

**Claim Management**

| | | |
|---|---|---|
| **Injury response plan is in place and documented.** *Emergency phone numbers, medical clinic or emergency room identified, first aid response plan.* | ☐ YES | ☐ NO |
| **Claims of injury or property damage are reported immediately to insurance carrier.** *Notify insurance carrier within 24 hours. Immediately forward to insurance carrier any legal notices pertaining to a claim.* | ☐ YES | ☐ NO |
| **All incidents are investigated and documented.** *Even if a claim is not expected, determine and document facts and circumstances surrounding reported injury or property damage incidents.* | ☐ YES | ☐ NO |

**Notes and Comments**

_____
_____
_____
_____
_____
_____

# RECEIVED

**CNA**

JAN 2 5 2010

P O Box 8317 Chicago IL 60680-8317   **SWPCV**

Cynthia D. Otazú
Claims Specialist
CNA Select Risk- Maitland Branch
U S. P&C Insurance Operations
Telephone       407-919-3503
Toll Free  877-278-4390 x 3503
Facsimile       407-670-7238

1-19-10

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
7005-1160-0000-8345-6741

Martha Martinez
Bayshore Towers of Ft Lauderdale Inc
511 Bayshore Drive
Ft Lauderdale Fl 33339

RE:   Claim No.:              EK822068F4
      Insured:               Bayshore Towers of Ft Lauderdale Inc
      Plaintiff:             Richard Kline
      Date of Loss:          12/4/2008
      Date of Notice:        1-19-10 (lawsuit date)
      Policy No.:            CWP 311349300
      Policy Dates:          4/21/2008-2009
      Issuing Company:       Columbia Casualty Company
      Litigated Case Caption: Richard Kline Jr. vs. Bayshore Towers of Ft.
                             Lauderdale, Inc. and Marcel Dostie.

Dear Mrs. Martinez:

This will respond to the notice of claim which you have provided on -19-10 (lawsuit date) on behalf of Bayshore Towers of Ft Lauderdale Inc (hereafter referred to as Bayshore Towers) in connection with the claim made by Richard Kline . The purpose of this letter is to explain and advise you of Columbia Casualty Company's (hereafter referred to as Columbia) present position with regard to its rights and obligations under Policy No. CWP 311349300 issued to Bayshore Towers.

Based on the information provided to Columbia to date, we understand that this matter involves an employee of Bayshore Towers that allegedly turned on the water inside the plaintiff's condominium and failed to turn the faucet back off. The unit's drain was clogged which prevented the water from draining thus causing a flood.  At the present time, Columbia is denying this matter. The reasons for this denial are the application of



EXHIBIT
"C"

by Exclusion A.2.j (1) and endorsement G-140396-A (11/01), as set forth more fully below.

If you have any questions regarding Columbia's coverage position, you may contact the undersigned or your insurance agent or broker.

The information presently available to Columbia concerning this matter consists of the Summons and Complaint, the property appraisal, the investigation, and the Columbia policy. These materials were used as the basis of our coverage analysis.

## FACTS

This claim arises out of a two- count complaint filed by Richard Kline against Bayshore Towers. The complaint was filed on or about 12-31-09, under Case No. 0969970 in Broward County, and served upon Bayshore Towers on1-6-10. Generally, the complaint alleges claims for damages due to water and mold damage.

Plaintiff alleges that on December 2008 Marcel Dostie, an employee of Bayshore Towers, while in the course and scope of his employment, during working hours and with the consent and approval of Bayshore Towers, entered the unit and opened the main water valve located within a utility closet outside Richard Kline 's unit. Plaintiff alleges that leaving the faucet on and without shutting off the main water valve for at least 5 days, flooded the entire condominium.

Plaintiff alleges the flooding was discovered by a pest control contractor who gained access into the unit by another employee of Bayshore Towers. Plaintiff alleges Bayshore Towers apologized for the occurrence. Due to the water, there allegedly was damage to the drywall, irreparable warping of the wood, staining to the carpet, furniture, walls, destroyed refrigerator, oven, washer, dryer and creeping mold and the unit was unlivable.

Plaintiff alleges he was not able to live within the unit while mold remediation and drywall was taking place and was forced to rent another unit.

Plaintiff alleges he sustained in additional to the significant property damage, loss in value of the property, additional living expenses, attorney fees and costs.

Count I of the Complaint alleges Negligence against Bayshore Towers.
Plaintiff reasserts all prior allegations and claim Bayshore Towers owed a duty of reasonable care and through Mr. Dostie, breached its duty of care owed. Plaintiff alleges Bayshore Towers is responsible for the conduct of Mr. Dostie because he was within course and scope of his duties at all times and during business hours and was permitted to enter the unit.

Count II of the Complaint alleges Negligence against Marcel Dostie. Plaintiff reasserts all prior allegations and claims Mr. Dostie was acting within the course and scope of his employment when he entered the unit. Bayshore Towers denies liability for Mr. Dostier and claims he was not acting on behalf of Bayshore Towers. Plaintiff asserts this alternative theory of relief against Mr. Dostie individually. Plaintiff alleges Mr. Dostie undertood the task of opening the main water valve and running one or more faucets, flushing the toilets, etc. thus owing duty to the plaintiff, whether gratuitously or otherwise.

Plaintiff demands judgment plus attorney fees and costs.

**A.** The following exclusion is added to Paragraph 2. Exclusions, of Section I Coverage A Bodily Injury and Property Damage Liability:

This insurance does not apply to:  **Fungi and Microbes**

**(1)** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any "fungi" or "microbes" by any insured or by anyone else.

**(2)** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to or assessing the effects of "fungi" or "microbes" by an insured or by anyone else.

**(3)** Property Damage caused by water where there also exists any property damage arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any fungi or microbes.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage, loss, cost or expense.

**C.** The following definitions are added to **Section V – Definitions:**

"Fungi" means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. But "fungi" does not include fungi that were deliberately grown for human consumption.

"Microbe" means any non-fungal microorganism or non-fungal colony-form organism that causes infection or disease, and whose injurious source is in or on a building or its contents.   "Microbe" includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of microbes. But "microbe" does not mean:

**(1)** Microbes that were transmitted directly from person to person;

**(2)** Microbes that caused food poisoning, if your business is food processing, sales, or serving; or

**(3)** Microbes listed in, or encountered in the course of operations listed in, the Microbe Exempt Schedule of this endorsement.

## COVERAGE POSITION

Columbia is denying coverage for this complaint. Although the allegations of the complaint allege an "occurrence" and "property damage" certain exclusions apply to preclude coverage.

The complaint alleges that Mr. Dostie was acting in the course and scope of his employment at the time of this incident. Furthermore, whether Mr. Dostie was acting in the scope and course of his employment or not, does not go to the coverage issues for the association (please recall we discussed this about two weeks ago). In Florida, we look to the allegations of the complaint for the duty to defend and only can use extrinsic evidence to defeat coverage very narrowly- ie. if he was not an employee at all- here we know he was an employee. For Mr. Dostie's letter we would want to note that he would only be an insured to the extent that he was acting in the course and scope of his employment.

The drywall and other common elements noted on the complaint are considered limited common elements owned by the Association under the Florida Statute. Exclusion A.2.j (1)

reserving Columbia's right to have the coverage issues resolved by declaratory judgment. Please note that Bayshore Towers similarly retain all of their rights under the Columbia policy. You are not, in any way, being asked to waive or relinquish any of your rights under the policy or under the law.

If you have any questions or comments in response to the foregoing, please do not hesitate to contact the undersigned.

Yours very truly,


Cynthia D. Otazu, Claims Specialist
Columbia Casualty Co.

cc:
Braishfield Associates, Inc.
2966 Commerce Park Dr #350
Orlando  Florida 32819


Vicki Martinez
Smith, Watson, Parker
2590 Hollywood Blvd
Hollywood  FL 33020